**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KATHRYN L. MYRICK,**

      Plaintiff,

v.                                    Case No.: 8:05-cv-2068-T-24TBM

**FAIRWINDS PROPERTIES, INC.,**

      Defendant.
_____/

**NOTICE OF SCHEDULING CONFERENCE**

Take notice that a scheduling conference in the above captioned matter has been scheduled for **Tuesday, August 1, 2006 at 9:00 a.m.** before the undersigned in Courtroom 14A, Fourteenth Floor of the Sam M. Gibbons United States Courthouse at 801 N. Florida Ave., Tampa, Florida. **If Plaintiff fails to appear, this action will be dismissed without prejudice without further notice.**

**DONE AND ORDERED** at Tampa, Florida this 13th day of July, 2006.

                                                    SUSAN C. BUCKLEW
                                                  United States District Judge

Copies to:

All Parties and Counsel of Record