UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHRYN MYRICK,

       Plaintiff,

v.                                                    Case No.  8:05-cv-2068-T-24 TBM

FAIRWINDS PROPERTIES, INC.,
ET AL.,

       Defendants.
_____/

**<u>ORDER</u>**

       This cause comes before the Court on its own.  The amended scheduling order in this case sets a mediation deadline of February 20, 2007 and directs Plaintiff to file a notice that informs the Court of the date of the parties' mediation by January 8, 2007.  (Doc. No. 31).  On January 30, 2007, this Court issued an endorsed order directing Plaintiff to file a notice by February 9, 2007 informing the Court of the date of the parties' mediation and the mediator that the parties selected.  (Doc. No. 35).  Plaintiff did not respond to the Court's orders.

       On February 20, 2007, Defendant Fairwinds Properties, Inc. filed a motion to dismiss this case due to Plaintiff's failure to comply with discovery requests, pursuant to Federal Rules of Civil Procedure 37 and 41 and Local Rule 3.10.  The magistrate judge assigned to the case and to whom the motion to dismiss was referred issued an order to show cause informing Plaintiff that the failure to respond to the motion may result in the dismissal of this action without further notice.  (Doc. No. 37).  To date, Plaintiff has failed to respond to the motion or to the order to show cause.  As such, the Court finds that this case should be dismissed for the reasons outlined in the motion and due to Plaintiff's failure to respond to Court orders and diligently prosecute

this case.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Fairwinds Properties, Inc.'s Motion to Dismiss (Doc. No. 36) is **GRANTED** to the extent that the Court dismisses this case without prejudice.  The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of April, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record